Form G-3 (20241101)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION      DIVISION

In re: ROCCO A DE CARLO ) Chapter 13
) 
) No. 25-01991
)
Debtor(s) ) Judge Janet S. Baer

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on September 12, 2025, at 9:30 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of the Debtor [to/for] Substitution of Attorneys, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Ben Schneider

Schneider & Stone
8424 Skokie Blvd, Suite 200
Skokie, IL 60077
(847) 933-0300
ben@windycitylawgroup.com

# CERTIFICATE OF SERVICE

I, Ben Schneider,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on August 28, 2025, at 5:00 p.m. *

/s/Ben Schneider
[Signature]

*All applicable boxes must be checked and all blanks filled in.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 13 of | ) |
| | ) |
| ROCCO A DE CARLO | ) Case No. 25-01991 |
| | ) |
| Debtor. | ) |

## SUBSTITUTION OF ATTORNEYS

The undersigned hereby withdraws as counsel for the Debtor, Rocco A. De Carlo.

By: _____
David H. Cutler
Cutler & Associates, Ltd.

The undersigned hereby enters his Appearance as counsel for the Debtor, Rocco A. De Carlo.

By: /s/Ben Schneider
Ben Schneider
Schneider & Stone, Inc.

The undersigned hereby consents to the withdrawal and appearance of counsel as set forth above.

By: _____
Rocco A. De Carlo

Ben Schneider (6295667)
**SCHNEIDER & STONE**
Attorneys for Rocco A. De Carlo
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
847 933-0300
ben@windycitylawgroup.com

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants (ECF):**

1. Adam Brief, US Trustee

2. Glenn B Stearns, Trustee

3. Capital One Auto Finance; c/o Rinn Richman Law LLC

4. Lakeview Loan Servicing, LLC c/o McCalla Raymer Pierce, LLC

**Parties served via Email:**

1. Dash of Cash
   1329-A Arena Road, Lot 110
   Kahnawake, Quebec J0L1B0
   Email: customerservice@dashofcash.com

**Parties served via First Class US Mail:**

2. US Department of Housing and Urban Development
   77 W Jackson Blvd.
   Chicago, IL 60604

3. Discover Bank
   PO Box 3025
   New Albany, OH 43054

4. Internal Revenue Service
   PO Box 7346
   Philadelphia, PA 19101

5. Prestige Financial Services
   Bankruptcy Dept
   PO Box 26707
   Salt Lake City, UT 84126

6. Upstart Network, Inc.
   PO Box 1931
   Burlingame, CA 94011

7. Reprise Financial
   8333 Ridgepoint Dr, #150
   Irving, TX 75063

8. Affirm, Inc.
   c/o Resurgent Capital Services
   PO Box 10587
   Greenville, SC 29603

9. Quantum3 Group LLC
   PO Box 788
   Kirkland, WA 98083

10. MoneyLion, Inc.
    PO Box 1547
    Sandy, UT 84091

11. Resurgent Receivables, LLC
    PO Box 10587
    Greenville, SC 29603

12. LVNV Funding, LLC
    c/o Resurgent Receivables, LLC
    PO Box 10587
    Greenville, SC 29603

13. Wells Fargo Bank, NA
    PO Box 10438, MAC F8235-02F
    Des Moines, IA 50306

14. Mariner Finance
    Attn: Bankruptcy
    8211 Town Center Dr.
    Nottingham, MD 21236

15. Citibank NA
    5800 S. Corporate Pl.
    Sioux Falls, SD 57108

16. American Express National Bank
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355

17. Ally Bank
    c/o AIS Portfolio Services, LLC
    4515 N. Santa Fe Ave., Dept. APS
    Oklahoma City, OK 73118

18. Portfolio Recovery Associates, LLC
    PO Box 41067
    Norfolk, VA 23541